AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GLORIA SMITH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-65

GEORGIA CVS PHARMACY, LLC,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 21, 2022, Defendant Georgia CVS Pharmacy, LLC's Motion to Dismiss is granted.  Therefore, Plaintiff Gloria Smith's claims alleged in the Complaint are dismissed and judgment is entered in favor of the Defendant.  This action stands closed.

Approved by: _____

December 2, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020